IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND C. PULLIAM** ) <br> 421 Tuscany Place ) <br> Hollister, CA 95023 ) <br>         ) <br>     **Plaintiff,** ) <br> vs.      ) <br>         ) <br> **UNITED STATES** ) <br> **ENVIRONMENTAL PROTECTION** ) <br> **AGENCY** ) <br> 1200 Pennsylvania Avenue, NW ) <br> Washington, DC 20460 ) <br>         ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **DEFENSE** ) <br> The Pentagon, 1400 Defense ) <br> Washington, DC 20301 ) <br>         ) <br> **UNITED STATES DEPARTMENT** ) <br> **OF JUSTICE,** ) <br> 950 Pennsylvania Ave., NW, ) <br> Washington, D.C. 20530-0001 ) <br>         ) <br>     **Defendants.** ) <br> _____ ) | **Civil Action No. 15-1405 (ABJ)** |

**DEFENDANTS' STATUS REPORT**

Defendants, U.S. Department of Defense (DOD), U.S. Environmental Protection Agency (EPA), and U.S. Department of Justice (DOJ), by and through their undersigned counsel, submit this Status Report, as follows:

**EPA**

On September 17 and 18, 2015, EPA performed a search for responsive materials, and no records were located.

**DOD**

Although DOD conducted a search for records responsive to Plaintiff's FOIA request, it recently determined that the search was not adequate. Accordingly, as of the week of November 30, 2015, DOD began a new search. DOD submits that the search for responsive materials, if any should conclude no later than January 30, 2016.

**DOJ**

In or about March, 2015, DOJ conducted a search for responsive materials to Plaintiff's FOIA request, and no records were located.

Pursuant to this Court's November 18, 2015, Order, Defendants submit to this Court and Plaintiff that DOD's search, processing, and release, if appropriate should conclude no later than February 5, 2016. At that time, undersigned counsel will communicate with Plaintiff's counsel to determine if this case can be resolved short of further litigation, and the parties will file a status report to inform the Court if the parties have reached settlement or further litigation is required.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

_____/s/_____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W. Washington,
D.C. 20530 (202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*